**SO ORDERED**



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| OSVALDO RENE SOTO | | Bankruptcy No. 10-32521-TJC |
| Debtor | * | (Chapter 7) |

\*   \*   \*

**ORDER AUTHORIZING PROPOSED COMPROMISE AND SETTLEMENT**

The above-captioned matter came on before the Court upon the *Trustee's Motion for Approval of Proposed Compromise and Settlement* (the *"Motion"*), and any reply filed by any party in response thereto together with any evidence introduced or arguments advanced at any hearing conducted thereon.  Upon careful consideration of the same, and it appearing to the Court that the circumstances of the instant proposed compromise and settlement are such as to constitute cause within the meaning of Bankruptcy Rule 2002(a)(3) for the limitation of the *Motion* to parties-in-interest and that the provision of notice thereof to all of those parties authorized to receive a notice of electronic filing by the Court is sufficient with respect to said *Motion*, and it further appearing that approval of said proposed and settlement should be granted, it is therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the *Trustee's Motion* be, and the same hereby is, GRANTED; and it is further

ORDERED, that the Trustee be, and he hereby is, AUTHORIZED to compromise and

settle his dispute with the Debtor and Claudia C. Villarroel-Soto upon those terms and conditions set forth in the *Motion* including, *inter alia*, the payment to Ms. Villarroel-Soto of the sum of $2,181.00; and it is further

ORDERED, that the Trustee be, and he hereby is, AUTHORIZED and DIRECTED to withdraw his *Trustee's Final Report* heretofore filed herein and amend and re-file the same with respect to all remaining funds of the Estate following the payment as above authorized to Ms. Villarroel-Soto.

**END OF ORDER**